**DISMISS and Opinion Filed August 23, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00956-CV

### JEREMIAH VANCE, Appellant
### V.
### WEST & ASSOCIATES, LLP, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11530**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We reinstate this appeal. In November 2018, we abated this case due to the suggestion of bankruptcy filed by Vance. *See* TEX. R. APP. P. 8.2.

An independent review of the federal Public Access to Court Electronic Records (PACER) system shows no pending bankruptcy proceeding associated with this appeal. We notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of this appeal. When no one responded, we then sent a second letter, dated July 21, 2021, informing the parties that the appeal would be reinstated and dismissed for want of prosecution within ten days unless we heard from either party. *See id*. 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b), (c); *Gibbs v. Bank One, Tex.*, 2021 WL 1747855, at *1 (Tex. App.—Dallas May 4, 2021, no pet.) (mem. op.).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

180956F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JEREMIAH VANCE, Appellant

No. 05-18-00956-CV          V.

WEST & ASSOCIATES,  LLP,
Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-11530.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 23, 2021